PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
MICHAEL J. MULLEN, WSBN 54288
Special Assistant United States Attorney
      6401 Security Boulevard
      Baltimore, Maryland 21235
      Telephone: (206) 615-2748
      E-Mail: michael.j.mullen@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE E. PEACH,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:23-cv-00583-KJN<br><br>STIPULATION FOR REMAND; ORDER |

    The parties, through their respective counsel, STIPULATE to the following matters. The Commissioner's final decision shall be reversed and remanded for further administrative proceedings before an Administrative Law Judge (ALJ). On remand, the ALJ shall: offer Plaintiff the opportunity for a new administrative hearing; further develop the record, as needed; reevaluate the evidence; and issue a new decision.

    Remand shall be made under sentence four of 42 U.S.C. § 405(g). *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991). Plaintiff shall be entitled to reasonable attorney fees and expenses pursuant to 28 U.S.C. § 2412(d), upon proper request to this Court. Plaintiff shall be entitled to costs as enumerated in 28 U.S.C. § 1920, under 28 U.S.C. § 2412(a).

Respectfully submitted,

Dated:  October 18, 2023          /s/  Stuart Barasch*
STUART BARASCH
Attorney for Plaintiff
(*signature authorized via e-mail October 18, 2023)

Dated: October 18, 2023          PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7

By:     /s/  Michael J. Mullen
MICHAEL J. MULLEN
Special Assistant U.S. Attorney

Attorneys for Defendant

## ORDER

Pursuant to the parties' Stipulation, and for good cause shown, IT IS SO ORDERED that this case is REMANDED for further administrative proceedings. On remand, the ALJ shall offer Plaintiff the opportunity for a new administrative hearing; further develop the record, as needed; reevaluate the evidence; and issue a new decision.

Dated:  October 19, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

peac.583